**DISMISS and Opinion Filed December 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00706-CV
_____

### SAMUEL T. RUSSELL, Appellant
### V.
### DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee

---

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02493**

---

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's November 13, 2019 motion to withdraw his appeal. We

grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190706F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMUEL T. RUSSELL, Appellant

No. 05-19-00706-CV     V.

DALLAS INDEPENDENT SCHOOL
DISTRICT, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-02493.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS INDEPENDENT SCHOOL DISTRICT recover its costs of this appeal from appellant SAMUEL T. RUSSELL.

Judgment entered December 17, 2019